UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE CHASE CARMEN HUNTER.  |  No. 15 C 4986
Judge James B. Zagel

**MEMORANDUM OPINION AND ORDER**

Chase Carmen Hunter has sent this Court a petition for declaratory judgment. The petition was filed without payment of costs, but Petitioner failed to include any proof of indigency. Petitioner simply states that it is unconstitutional to require costs to be paid by indigents. Even if Petitioner's pleadings were properly filed, they would be dismissed on their merits.

Petitioner asserts that the Court of Appeals violated the Constitution when it ruled against Petitioner in a prior case. Specifically, Petitioner asserts that the Court of Appeals violated the Constitution in the following ways:

1. Stating that a "mandate issued" when no mandate exists

2. Issuing an Order denying a motion without giving reasons

3. Issuing an Order without the name of a judge or a signature of a judge

4. Issuing an Order under the authority of Rule 41(b) Fed.R.App.Proc.

Petitioner failed to include any citations to precedent in support of his claims, and Petitioner's arguments are plainly incorrect.

Petitioner's constitutional claims are baseless. Even if Petitioner were entitled to file these claims, therefore, the petition would be frivolous and dismissed for plain lack of any merit.

The Petition to File In Forma Pauperis [3] is denied. Plaintiff's Motion for Access to the Electronic Filing System [4] is denied.

ENTER:

James B. Zagel
United States District Judge

DATE: July 1, 2015

1